UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04905 DSR Date: September 30, 2026

Title Viacheslav Surguchev v. Warden Adelanto ICE Processing Center, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER REQUIRING RESPONSE TO PETITIONER'S MOTION TO ENFORCE RELEASE ORDER (DOC. NO. 14)**

On September 10, 2026, the Court entered its Order granting the Petition for Writ of Habeas Corpus in this matter, as well as final Judgment thereon. See Doc. Nos. 11 and 12. Included in that Order was the requirement that Respondents not only release Petitioner from custody immediately, but also that they "reinstate his [release on recognizance] under the same conditions that were in place before his re-detention on August 7, 2026, and return to him any personal property and documents seized from him at the time of his detention." Doc. No. 11 at 14:1-5. The Court further specified that "[f]or the same reason that Respondents may not revoke Petitioner's ROR without affording him due process, they also may not change the conditions of that release – including by adding new conditions such as electronic monitoring or other alternatives to detention – without affording Petitioner due process." Id. at 12:3-6. On September 11, 2026, Respondents filed a Status Report in which they represented that "Petitioner was released from immigration detention on September 11, 2026." Doc. No. 13. Their Status Report made no mention of any conditions of release.

On September 29, 2026, Petitioner filed the instant Motion to Enforce Release Order. See Doc. No. 14. Therein, Petitioner's counsel represents that at the time of his August 7th detention, Petitioner was not wearing an electronic monitor, but that electronic monitoring was

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04905 DSR Date: September 30, 2026

Title Viacheslav Surguchev v. Warden Adelanto ICE Processing Center, et al.

made a condition of his release on September 11th. See Doc. No. 14 at 2:13-15. Petitioner requests an Order directing Respondents to remove Petitioner's electronic monitor.

Respondents are hereby ordered to respond to Petitioner's Motion no later than October 6, 2026. Such response must include either a Memorandum of Points and Authorities, supported by competent evidence, establishing why subjecting Petitioner to electronic monitoring as a condition of his release is not a violation of this Court's September 10th Order, or a Declaration from a qualified representative of Respondents confirming that Petitioner's electronic monitor has been removed and Petitioner's file has been updated to reflect this Court's Order that new conditions of release may not be imposed without affording Petitioner due process. Petitioner may file a Reply to Respondents' submission no later than October 9, 2026. Absent further notice from the Court, Petitioner's Motion will be taken under submission for decision without oral argument. See Local Rule 7-15.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK